AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 19, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| WILLIAM G.<br>*Plaintiff*<br>v.<br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25-CV-00095-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Brief, ECF No. 9, is DENIED. Defendant's Brief, ECF No. 11, is GRANTED. Pursuant to the Order filed at ECF No 13, judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  MARY K. DIMKE

Date: 11/19/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*